UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION (NO. III)<br><br>***<br><br>This order relates to:<br><br>*Avnet Inc. v. Hitachi Chemical Co. Ltd.*, Case No. 3:17-cv-07046-JD<br><br>*Benchmark Electronics Inc. v. AVX Corp.*, Case No. 3:17-cv-07047-JD<br><br>*Arrow Electronics, Inc. v. ELNA Co., Ltd.*, Case No. 3:18-cv-02657-JD<br><br>*Jaco Electronics Inc. v. Nippon Chemi-Con Corp.*, Case No. 3:19-cv-01902-JD | Case No. 17-md-02801-JD<br>(MDL No. 2801)<br><br>**ORDER SUGGESTING REMAND** |

The Judicial Panel on Multidistrict Litigation (JPML) ordered the centralization of certain actions that "share[d] common factual and legal questions arising from allegations that defendants conspired to fix prices for aluminum, tantalum, and film capacitors," and assigned the multidistrict litigation to this Court for coordinated pretrial proceedings. Dkt. No. 1 at 2-3.

28 U.S.C. § 1407(a) provides that actions transferred by the JPML for coordinated pretrial proceedings "shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated." *See also Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 28 (1998) (28 U.S.C. § 1407(a) "imposes a duty on the Panel to remand any such action to the original district 'at or before the conclusion of such pretrial proceedings.'").

Coordinated pretrial proceedings in these cases have now concluded. *See* Dkt. No. 1689. All that remains for these direct action plaintiff (DAP) cases is trial.

Consequently, pursuant to Rule 10.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the Court suggests that the Panel remand these four DAP cases to their transferor courts:

(1) *Avnet Inc. v. Hitachi Chemical Co. Ltd.*, Case No. 3:17-cv-07046-JD (transferred from D. Ariz.);

(2) *Benchmark Electronics Inc. v. AVX Corp.*, Case No. 3:17-cv-07047-JD (transferred from D. Ariz.);

(3) *Jaco Electronics Inc. v. Nippon Chemi-Con Corp.*, Case No. 3:19-cv-01902-JD (transferred from D. Ariz.); and

(4) *Arrow Electronics, Inc. v. ELNA Co., Ltd.*, Case No. 3:18-cv-02657-JD (transferred from D. Colo.).

**IT IS SO ORDERED.**

Dated: May 10, 2022

JAMES DONATO
United States District Judge